Argued and submitted July 3, reversed and remanded for reconsideration July 3, 1991

In the Matter of the Compensation of
Daniel C. Reddekopp, Claimant.
Daniel C. REDDEKOPP,
*Petitioner,*

*v.*

SAIF CORPORATION
and Coastway Construction,
*Respondents.*

(WCB 89-09956; CA A67456)

812 P2d 47

Brad G. Garber, Salem, argued the cause for petitioner. With him on the brief was Michael B. Dye, Salem.

John Reuling, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of an order of the Workers' Compensation Board that affirmed and adopted the referee's order that upheld SAIF's denial of medical benefits. Claimant argues, and SAIF concedes, that the referee relied on certain medical reports that were not admitted in evidence. Because the referee's findings and conclusions, adopted by the Board, are not based on evidence in the record, we reverse and remand for reconsideration.

Reversed and remanded for reconsideration.